RENNELL WATSON V. THE STATE.

No. 23472. Delivered November 6, 1946.

The opinion states the case.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged by a proper indictment with burglary. Upon his plea of guilty before a jury he was convicted and his punishment assessed at two years in the penitentiary.

Notwithstanding his plea of guilty appellant gave notice of appeal.

The record is before us without bills of exception or statement of facts.

The proceedings appear regular and no question is presented for review.

The judgment is affirmed.